IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CASSANDRA SHAW**                                                                                      **PLAINTIFF**

v.                              Case No. 4:21-cv-00874-KGB

**QUEST TRANSPORTATION, LLC,** *et al*.                                              **DEFENDANTS**

## ORDER

Before the Court is plaintiff Cassandra Shaw's motion to dismiss with prejudice (Dkt. No. 15). Ms. Shaw states that the parties have settled the matter and asks that the Court dismiss the case with prejudice with each party to pay their own fees and costs in accordance with the settlement agreement (*Id*., ¶ 1). For good cause shown, the Court grants the motion to dismiss (*Id*.). The action is dismissed with prejudice, with each party to bear their own fees and costs.

It is so ordered this 1st day of February, 2023.

_____
Kristine G. Baker
United States District Judge